UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

KEVIN DWAYNE THERIOT,

        Petitioner,              Case No. 1:25-cv-731

v.                                  Honorable Phillip J. Green

DALE BONN et al.,

        Respondents.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

**IT IS FURTHER ORDERED** that Petitioner's motion to appoint counsel (ECF No. 3) and "motion for joinder of claims" (ECF No. 7) are **DENIED**.


Dated: August 29, 2025                /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge