UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

        Petitioner,        Case No. 1:25-cv-731

v.        Honorable Phillip J. Green

DALE BONN, et al.,

        Respondents.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  October 7, 2025        /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge