UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

KEVIN DWAYNE THERIOT,

        Petitioner,        Case No. 1:25-cv-731

v.        Honorable Phillip J. Green

DALE BONN, et al.,

        Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.


Dated:  October 7, 2025        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge